UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:12-00020-1 |
| v. | ) | Judge Haynes |
| JEREMY FRENCH | ) | |

**MOTION AND /OR REQUEST**
**TO WITHDRAW MOTION TO SEVER**

*[Handwritten annotations: UNDER SEAL / DENIED / The motion to sever (D/E 106) would (lil) are withdrawn AND DENIED as moot. /s/ [signature] 1-7-13]*

Comes now counsel for the accused and moves and/or requests that the recently filed-under-seal-request "Motion to Sever" (Seal Request ECF# 110 and Motion ECF# 111) be withdrawn and not acted upon and yet also not be revealed in any part to any person (for the same reasons of safety.)

WHEREFORE THE ACCUSED JEREMY FRENCH REQUESTS AND/OR MOVES TO WITHDRAW HIS PREVIOUSLY FILED MOTION TO SEVER HIS TRIAL FROM THE TWO CO-ACCUSEDS.

RESPECTFULLY SUBMITTED,

/s/ James Kevin Cartwright
JAMES KEVIN CARTWRIGHT (#011241)
Attorney at Law
120 South Second Street, Suite 201
Clarksville, Tennessee 37040
Tel. (931) 647-3999
Fax (931) 645-9145
Jkcartwrightoffice@yahoo.com
(Attorney for Defendant French)