IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | No. 3:12-00020 |
| v. ) | Chief Judge Haynes |
| ) | |
| JEREMY FRENCH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant, Jeremy French, filed motions to suppress statements, photo identification, and physical evidence (Docket Entry Nos. 127, 112, and 109), to which the Government filed a response (Docket Entry Nos.146, 149, and 150). An evidentiary hearing was held on February 15, 2013. For the reasons stated in open Court, the Court hereby **DENIES** the Defendant's motions to suppress (Docket Entry No. 127, 112, and 109).

It is so **ORDERED**.

**ENTERED** this the _19th_ day of February, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court