UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00020 |
| | ) | CHIEF JUDGE HAYNES |
| JEREMY FRENCH, et al | ) | |

*[handwritten annotation: GRANTED. This motion was granted. /s/ [Judge signature] 2-25-13]*

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension of two weeks to respond to the defendants' motions currently pending before the Court.

In support of this motion, the government submits that the defendants have filed and/or adopted several motions in the instant case. Due to schedule and case demands, the government needs additional time to review these motions and prepare appropriate responses. Therefore, the government respectfully requests an extension of two weeks to February 7, 2013, to respond to these motions.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151