UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:12-00020-1 |
| v. | ) | Judge Haynes |
| JEREMY FRENCH | ) | |

ORDER
Based upon the statements of Defendant Medina's counsel in open presence, this motion is DENIED as moot.
[signature]
USDJ
2-25-13

**MOTION TO SEVER TRIAL**
**WHILE MAINTAINING TRIAL DATE**

Comes now Accused, by and through counsel and moves that he be severed from the accused Mr. Medina YET keep the trial date of February 26, 2013. The co-accused Mr. Medina should be severed and tried on a later date.

For cause, Accused would show that the United States has disclosed the intent to have Mr. Medina testify for the government against Mr. French. On Sunday, February 24, 2013, Counsel for Mr. Medina announced to Mr. French's counsel (me) that his client had changed his mind and would proceed to trial. This prospect, on the virtual day before trial, alters the case in an unfair and inappropriate manner. Mr. Medina *was* available for cross-examination on his prior testimony under oath; but that testimony, in transcript, will be introduced as a confession against him now, with cross examination by co-accused not possible. Mr. Medina's counsel will, in order to be effective counsel, no doubt need the trial continued; a prospect against which Mr. French has been resolute.