UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00020 |
| | ) | CHIEF JUDGE HAYNES |
| JEREMY FRENCH | ) | |

**MOTION TO DISMISS SECOND SUPERSEDING INDICTMENT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves this Honorable Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Count Two and Three of the Second Superseding Indictment against Defendant French. The Government will proceed to trial on Count One.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document will be forwarded, via the court's electronic filing system, to J. Kevin Cartwright, Attorney for Defendant, on this the 26th day of February, 2013.

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney

[Handwritten annotation: "ORDER / This motion / is GRANTED / [signature] / 2-26-13"]