AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

UNITED STATES OF AMERICA

V.

Jeremy French, Antonio Medina

## EXHIBIT AND WITNESS LIST

Case Number: 3:12-00020-1,3

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William J. Haynes, Jr. | Phil Wheby, Clay Lee | James Cartwright, Michael Flanagan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/26/2013-2/28/2013 | Peggy Turner | Alex Scarbrough |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/27/2013 | | | Government Witness No. 1--Benito Macias Martinez |
| 15 | | 2/27/2013 | X | X | Government's Exhibit 15(a)-(g)--photographs of Mr. Martinez's home |
| 2 | | 2/27/2013 | | | Government's Witness No. 2--Martin Macias |
| 3 | | 2/27/2013 | | | Government's Witness No. 3--Officer Jeremy Smith |
| 1 | | 2/27/2013 | X | X | Government's Exhibit No. 1--aerial photo of the Cedar Cliff neighborhood |
| 2a | | 2/27/2013 | X | X | Government's Exhibit No. 2a--closer up aerial photo |
| 2b | | 2/27/2013 | X | X | Government's Exhibit 2b--blown up aerial photo of 2a |
| 2c | | 2/27/2013 | X | X | Government's Exhibit 2c--another aerial photo of the area |
| 5 | | 2/27/2013 | X | X | Government's Exhibit 5(a)-(l)(3)--photographs of where Defendants were arrested |
| 3 | | 2/27/2013 | X | X | Government's Exhibit 3(a)-(k)--photographs of white truck and contents |
| 4 | | 2/27/2013 | X | X | Government's Witness No. 4--Officer Seth England |
| 4 | | 2/27/2013 | X | X | Government's Exhibit 4(a) and (b)--Ak-47 and magazines |
| 5 | | 2/27/2013 | | | Government's Witness No. 5--Officer Brent Hoadley |
| 6 | | 2/27/2013 | | | Government's Witness No. 6--Officer Bridgette Griepntrog |
| 5m | | 2/27/2013 | X | X | Government's Exhibit 5(m)--photo of where Defendant French was arrested |
| 6 | | 2/27/2013 | X | X | Government's Exhibit 6(a)-(f)--photos of where Defendant French was arrested |
| 7 | | 2/27/2013 | | | Government's Witness No. 7--Officer Brad Bracey |
| 8 | | 2/27/2013 | | | Government's Witness No. 8--Officer Jonathan Carlile |
| 10 | | 2/27/2013 | X | X | Government Exhibit No. 10--item from Jeremy French's pocket (bullet) |
| 9 | | 2/27/2013 | X | X | Government Exhibit No. 9--item from Jeremy French's pocket (believed to be marijuana) |
| 9 | | 2/27/2013 | | | Government Witness No. 9--Metro Crime Scene processor Tim Matthews |
| 4c | | 2/27/2013 | X | X | Government's Exhibit 4(c)--ammunition for an Ak-47 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

|   | vs. | | | | CASE NO. |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 11 | | 2/27/2013 | X | X | Government's Exhibit 11--hoodie jacket |
| 12 | | 2/27/2013 | X | X | Government's Exhibit 12--green body armor jacket |
| 14 | | 2/27/2013 | X | X | Government's Exhibit 14--.380 cartridges |
| 19 | | 2/27/2013 | X | X | Government's Exhibit 19--gloves from crawl space where French was found |
| 7 | | 2/27/2013 | X | X | Government's Exhibit 7--glock from crawl space |
| 8 | | 2/27/2013 | X | X | Government's Exhibit 8--.357 Smith and Weston gun from crawl space |
| 10 | | 2/27/2013 | | | Government's Witness No. 10--ATF Agent Wayne Kilday |
| 11 | | 2/27/2013 | | | Government's Witness No. 11--Tony Williams |
| 12 | | 2/28/2013 | | | Government's Witness No. 12--Officer Andrew Injaychock |
| 17 | | 2/28/2013 | X | X | Government's Exhibit No. 17--DVD of interview with Jeremy French |
| 20 | | 2/28/2013 | X | X | Government's Exhibit No. 20--French's mugshot |
| 21 | | 2/28/2013 | X | X | Government Exhibit No. 21--other mugshot |
| 16 | | 2/28/2013 | X | X | Government's Exhibit 16(a) and (b)--photographic lineup and ID form |
| 13 | | 2/28/2013 | | | Government Witness No. 13--Michael Hughes |
| 13 | | 2/27/2013 | X | X | Government's Exhibit No. 13--hat |
| 14 | | 2/28/2013 | | | Government's Witness No. 14--Denotria Patterson |