IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:12-00020-1 Chief Judge Haynes |
| JEREMY FRENCH, | ) ) | |
| Defendant. | ) | |

## O R D E R

In accordance with the jury's verdict, the Defendant Jeremy French is found guilty as to Count I. A sentencing hearing will be set by separate Order.

It is so **ORDERED**.

**ENTERED** this the _18th_ day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court