IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-00020-1 |
| ) | Chief Judge Haynes |
| JEREMY FRENCH, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

The sentencing hearing is set in this action for **Monday, May 20, 2013 at 3:30 p.m.** By **Friday, May 10, 2013** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing by. Failure to comply with this deadline may result in the resetting of the sentencing hearing. Counsel shall be prepared to discuss any forfeiture issues.

It is so **ORDERED**.

ENTERED this the _18th_ day of March, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court