UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
                                  )
          v.                      )          3:12-00020
                                  )          Chief Judge Haynes
JEREMY FRENCH                     )

**MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO DEFENDANT'S MOTION FOR A NEW TRIAL**

*[handwritten annotation: GRANTED. This motion is GRANTED. I will ... 3-28-13]*

COMES NOW the United States of America, by and through the undersigned Assistant United

States Attorney, and respectfully requests an extension of time to Friday, April 5, 2013 to submit its

response to the defendant's pending motion for a new trial and accompanying memorandum. (D.E. 222,

223). In support of the motion, counsel for the government advises that he is currently in the process of

reviewing said motion and the issues raised therein, but needs additional time to complete this process prior

to formulating the government's response. Accordingly, counsel respectfully requests an extension of ten

(10) days to April 5, 2013 to submit the government's response in this matter.

> Respectfully submitted,
>
> JERRY E. MARTIN
> United States Attorney for the
> Middle District of Tennessee
>
> *s/ Philip H Wehby*
> PHILIP H. WEHBY
> Assistant United States Attorney
> 110 9th Avenue South, Suite A-961
> Nashville, TN 37203
> 615-736-5151