UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:12-00020-1 |
| | ) | Chief Judge Haynes |
| JEREMY FRENCH. | ) | |
| | ) | |
| | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Jeremy French's motion to dismiss for a new trial (Docket Entry No. 222) is **DENIED**.

It is so **ORDERED**.

ENTERED this 10th day of June, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court