UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:12-cr-00020-1 |
| v. | ) | Judge Haynes |
| JEREMY FRENCH | ) | |

**MOTION TO SET SENTENCE HEARING
ON APRIL 27, 2015**

*[Handwritten annotation: ORDER — This motion is granted. The hearing is set for April 27, 2015 at 1:30]*

Comes now JEREMY FRENCH, by and through counsel and requests that the Court set the sentence hearing in this matter for April 27, 2015 in the afternoon. Counsel has attempted to determine the U.S. position on this particular date without success. However, Counsel would inform the court that he is also available on the 17th, 20th, and 24th of April if the proposed day is not convenient to all.

*[Handwritten: 3-27-15]*

RESPECTFULLY SUBMITTED,

/s/ James Kevin Cartwright
JAMES KEVIN CARTWRIGHT (#011241)
Attorney at Law
120 South Second Street, Suite 201
Clarksville, Tennessee 37040
Tel. (931) 647-3999
Fax (931) 645-9145
Jkcartwrightoffice@yahoo.com
(Attorney for Defendant French)