# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:12-cr-00020 |
| JEREMY FRENCH, | ) |
| Defendant. | ) |

## ORDER

The Defendant, Jeremy French, shall appear before the Court on **July 2, 2019,** at 10:30 a.m. to show cause why his supervised release should not be revoked for his failure to abide by the conditions of supervision (Doc. No. 302).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE